IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A. | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 2:22-cv-412 |
| | § | |
| ADT LLC d/b/a ADT Security Services, | § | JURY TRIAL DEMANDED |
| | § | |
| | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Fractus, S.A. ("Fractus") hereby advises the Court that Fractus, a Spanish company, has no parent corporation and no publicly held corporation has a 10% or more ownership interest in Fractus.

October 21, 2022

Respectfully submitted,

By: */s/ Max L. Tribble by permission Claire Henry*
Max L. Tribble
TX State Bar No. 20213950
mtribble@susmangodfrey.com
Joseph Grinstein
TX State Bar No. 24002188
jgrinstein@susmangodfrey.com
Justin A. Nelson
TX State Bar No. 24034766
jnelson@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

J. Craig Smyser
TX State Bar No. 24117083
csmyser@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 729 2023

S. Calvin Capshaw
TX State Bar No. 03783900
ccapshaw@capshawlaw.com
CAPSHAW DERIEUX, L.L.P.
114 East Commerce Avenue
Gladewater, TX 75647
Telephone: (903) 845-5770

T. John Ward, Jr.
TX State Bar No. 00794818
jw@wsfirm.com
Claire Abernathy Henry
TX State Bar No. 24053063
claire@wsfirm.com
Andrea L. Fair
TX State Bar No. 24078488
andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
P.O. Box 1231
Longview, TX 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

**ATTORNEYS FOR FRACTUS, S.A.**

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 21st day of October, 2022.

/s/ Claire Henry

-3-