# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A., <br><br> v. <br><br> ADT LLC d/b/a ADT SECURITY SERVICES | § § § § § § § § | Civil Action No. 2:22-cv-00412-JRG <br> (Lead Case) <br><br> Jury Trial Requested |
| FRACTUS, S.A., <br><br> v. <br><br> VIVINT, INC. | § § § § § § § § § | Civil Action No. 2:22-cv-00413-JRG <br> (Member Case) <br><br> Jury Trial Requested |

## NOTICE OF P.R. 4-1 DISCLOSURES

Plaintiff Fractus, S.A. hereby notifies the Court that pursuant to the Court's Docket Control Order, it served its required P.R. 4-1 disclosures to all counsel of record via email.

Dated: August 24, 2023

Respectfully submitted,

By: /s/ Max L. Tribble
Max L. Tribble
TX State Bar No. 20213950
mtribble@susmangodfrey.com
Joseph S. Grinstein
TX State Bar No. 24002188
jgrinstein@susmangodfrey.com
Justin A. Nelson
TX State Bar No. 24034766
jnelson@susmangodfrey.com
Adam Tisdall
TX State Bar No. 24106885
atisdall@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366

Facsimile: (713) 654-6666

Genevieve Vose Wallace
Washington State Bar No. 38422
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Phone: (206) 516-3880
Fax: (206) 516-3883

J. Craig Smyser
TX State Bar No. 24117083
csmyser@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

S. Calvin Capshaw
TX Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
TX Bar No. 05770585
ederieux@capshawlaw.com
**CAPSHAW DERIEUX, L.L.P.**
114 East Commerce Avenue
Gladewater, Texas 75647
Telephone: (903) 845-5770

T. John Ward, Jr.
TX Bar No. 00794818
jw@wsfirm.com
Claire Abernathy Henry
TX Bar No. 24053063
claire@wsfirm.com
Andrea L. Fair
TX Bar No. 24078488
andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

***ATTORNEYS FOR FRACTUS, S.A.***

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 24th day of August, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

By: */s/ J. Craig Smyser*
J. Craig Smyser