# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| FRACTUS, S.A., <br><br> Plaintiff, <br><br> vs. <br><br> ADT LLC d/b/a ADT Security Services, <br><br> Defendant. | Civil Action No. 2:22-cv-00412-JRG <br> (Lead Case) |
| FRACTUS, S.A., <br><br> Plaintiff, <br><br> vs. <br><br> VIVINT INC., <br><br> Defendant. | Civil Action No. 2:22-cv-00413-JRG <br> (Member Case) |

## NOTICE OF P.R. 4-2 DISCLOSURES

Defendants ADT LLC d/b/a ADT Security Services and Vivint Inc. hereby jointly notify the Court that, pursuant to the Court's Docket Control Order, Defendants have jointly served the required P.R. 4-2 disclosures to all counsel for record via email.

Date: September 14, 2023

Respectfully Submitted,

*/s/ Michael E. Zeliger*
Steven Tepera (24053510)
**Pillsbury Winthrop Shaw Pittman LLP**
steven.tepera@pillsburylaw.com
401 Congress Avenue, Suite 1700
Austin, TX 78701-3797
Phone: 512.580.9600
Fax: 512.580.9601

Michael E. Zeliger (*Lead Attorney*)
(*pro hac vice*)
Ranjini Acharya (*pro hac vice*)
Ayaka Hatori (24129120)
**Pillsbury Winthrop Shaw Pittman LLP**
michael.zeliger@pillsburylaw.com
ranjini.acharya@pillsburylaw.com
aya.hatori@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304-1115 USA
Telephone: 650.233.4500
Fax: 650.233.4545

David A. Simons (*pro hac vice*)
**Pillsbury Winthrop Shaw Pittman LLP**
david.simons@pillsburylaw.com
1650 Tysons Boulevard
14th Floor
McLean, VA 22102-4856 USA
Phone: 703.770.7900
Fax: 703.770.7901

Theresa A. Roozen (*pro hac vice*)
**Pillsbury Winthrop Shaw Pittman LLP**
theresa.roozen@pillsburylaw.com
1200 17th St NW,
Washington, DC 20036
Phone: 202.663.8000
Fax: 202.663.8007

*Attorneys for Defendant ADT LLC*

Date: September 14, 2023         Respectfully submitted,

                                 By:     /s/ Andy Tindel
                                 _____
                                     Andy Tindel (Texas Bar No. 20054500)
                                     MT² Law Group
                                     122 W. Line Street, Suite 304
                                     Tyler, Texas 75702
                                     (903) 596-0900
                                     atindel@andytindel.com

                                     David R. Wright (*Lead Attorney*)
                                     (*Admitted Pro Hac Vice*)
                                     Jared J. Braithwaite (*Admitted Pro Hac Vice*)
                                     Michael Manookin (*Admitted Pro Hac Vice*)
                                     Maren Laurence (*Admitted Pro Hac Vice*)
                                     Foley & Lardner LLP
                                     95 South State Street, Suite 2500
                                     Salt Lake City, Utah 84111
                                     (801) 401-8900
                                     drwright@foley.com
                                     jbraithwaite@foley.com
                                     mmanookin@foley.com

                                     J. Michael Thomas (Texas Bar No. 24066812)
                                     Foley & Lardner LLP
                                     2021 McKinney, Suite 1600
                                     Dallas, Texas 75201
                                     214-999-3000
                                     jmthomas@foley.com

                                 *Attorneys for Defendant Vivint, Inc.*

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served this 14th day of September, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Michael E. Zeliger*
Michael E. Zeliger
