IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A., <br><br> v. <br><br> ADT LLC d/b/a ADT SECURITY SERVICES | § § § § § § § § | Civil Action No. 2:22-cv-00412-JRG <br> (Lead Case) <br><br> Jury Trial Requested |
| FRACTUS, S.A., <br><br> v. <br><br> VIVINT, INC. | § § § § § § § § | Civil Action No. 2:22-cv-00413-JRG <br> (Member Case) <br><br> Jury Trial Requested |

**P.R. 4-3 JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's Docket Control Order (Dkt. No. 41) and Local Patent Rule 4-3, Plaintiff Fractus, S.A. ("Fractus") and Defendants ADT LLC and Vivint, Inc. ("Defendants") hereby submit their Joint Claim Construction and Prehearing Statement. The claim construction hearing on January 18, 2024 is scheduled to address nine patents: U.S. Patents No. 7,471,246 (the "'246 Patent"), No. 7,907,092 (the "'092 Patent"), No. 8,456,365 (the "'365 Patent"), No. 8,674,887 (the "'887 Patent"), No. 8,738,103 (the "'103 Patent"), No. 8,994,604 (the "'604 Patent"), No. 10,135,138 (the "'138 Patent"), No. 10,468,770 (the "'770 Patent"), and No. 11,349,200 (the "'200 Patent").[1]

---

[1] The term "Asserted Patents" means U.S. Patent Nos. 7,471,246; 7,907,092; 8,456,365; 8,674,887; 8,738,103; 11,349,200; 8,994,604; 10,135,138; and 10,468,770. ADT does not take a position on construction of claim terms, phrases, or clauses found in the patents that are not

1

I. **P.R. 4-3(a) Agreed Claim Constructions**

There are no agreed constructions.

II. **P.R. 4-3(b) Proposed Constructions for Terms in Dispute**

See Exhibit A for a chart showing the Parties' proposed constructions with intrinsic and extrinsic evidence supporting such constructions. All Parties reserve the right to rely upon any intrinsic or extrinsic evidence identified by any other Party, and any evidence obtained through claim construction discovery. In addition, each Party reserves the right to amend, correct, or supplement its claim construction positions and supporting evidence in response to any change of position by any other party, or for other good cause.

III. **P.R. 4-3(c) Anticipated Length of Time for Claim Construction Hearing**

The Parties propose that each side receive 90 minutes for oral argument on claim construction issues.

IV. **P.R. 4-3(d) Anticipated Witnesses at the Claim Construction Hearing**

No Party will call any live witnesses at the claim construction hearing. Fractus reserves the right to rely on the written expert testimony of Dr. Stuart Long. Defendants reserve the right to rely upon any expert testimony, evidence, or testimony of Dr. Stuart Long. Defendants reserve the right to object to any expert testimony proffered by Fractus that was not properly disclosed by the deadline of October 5, 2023 in accordance with P.R. 4-3(b) and the Court's Docket Control Order (Dkt. 41 at 4).

V. **P.R. 4-3(e) Other Issues to be Addressed at Claim Construction Prehearing Conference.**

Fractus respectfully suggests that the Court address its pending motion to compel (Dkt. 53) that was fully briefed as of July 12, 2023 (Defendants' responses, Dkt. 57 & 59).

---

asserted against it. Similarly, Vivint does not take a position on construction of claim terms, phrases, or clauses that are found in the patents that are not asserted against it.

Dated: October 5, 2023                                     Respectfully submitted,

                                                       By:  /s/  Max L. Tribble
                                                            Max L. Tribble
                                                            TX State Bar No. 20213950
                                                            mtribble@susmangodfrey.com
                                                            Joseph S. Grinstein
                                                            TX State Bar No. 24002188
                                                            jgrinstein@susmangodfrey.com
                                                            Justin A. Nelson
                                                            TX State Bar No. 24034766
                                                            jnelson@susmangodfrey.com
                                                            Adam Tisdall
                                                            TX State Bar No. 24106885
                                                            atisdall@susmangodfrey.com
                                                            **SUSMAN GODFREY L.L.P.**
                                                            1000 Louisiana, Suite 5100
                                                            Houston, TX 77002-5096
                                                            Telephone: (713) 651-9366
                                                            Facsimile: (713) 654-6666

                                                            Genevieve Vose Wallace
                                                            Washington State Bar No. 38422
                                                            **SUSMAN GODFREY L.L.P.**
                                                            401 Union Street, Suite 3000
                                                            Seattle, WA 98101
                                                            Phone: (206) 516-3880
                                                            Fax: (206) 516-3883

                                                            Craig Smyser
                                                            TX State Bar No. 24117083
                                                            csmyser@susmangodfrey.com
                                                            **SUSMAN GODFREY L.L.P.**
                                                            1301 Avenue of the Americas, 32nd Floor
                                                            New York, NY 10019
                                                            Telephone: (212) 336-8330
                                                            Facsimile: (212) 336-8340

                                                            S. Calvin Capshaw
                                                            TX Bar No. 03783900
                                                            ccapshaw@capshawlaw.com
                                                            Elizabeth L. DeRieux
                                                            TX Bar No. 05770585
                                                            ederieux@capshawlaw.com
                                                            **CAPSHAW DERIEUX, L.L.P.**
                                                            114 East Commerce Avenue

      Gladewater, Texas 75647
      Telephone: (903) 845-5770

      T. John Ward, Jr.
      TX Bar No. 00794818
      jw@wsfirm.com
      Claire Abernathy Henry
      TX Bar No. 24053063
      claire@wsfirm.com
      Andrea L. Fair
      TX Bar No. 24078488
      andrea@wsfirm.com
      **WARD, SMITH & HILL, PLLC**
      P.O. Box 1231
      Longview, Texas 75606-1231
      Telephone: (903) 757-6400
      Facsimile: (903) 757-2323

      ***ATTORNEYS FOR FRACTUS, S.A.***

By: */s/ Michael E. Zeliger*
      Steven Tepera (24053510)
      **Pillsbury Winthrop Shaw Pittman LLP**
      steven.tepera@pillsburylaw.com
      401 Congress Avenue, Suite 1700
      Austin, TX 78701-3797
      Phone: 512.580.9600
      Fax: 512.580.9601

      Michael E. Zeliger (Lead Attorney)
      (pro hac vice)
      Ranjini Acharya (pro hac vice)
      **Pillsbury Winthrop Shaw Pittman LLP**
      michael.zeliger@pillsburylaw.com
      ranjini.acharya@pillsburylaw.com
      2550 Hanover Street
      Palo Alto, CA 94304-1115 USA
      Telephone: 650.233.4500
      Fax: 650.233.4545

      David A. Simons (pro hac vice)
      **Pillsbury Winthrop Shaw Pittman LLP**
      david.simons@pillsburylaw.com
      1650 Tysons Boulevard
      14th Floor
      McLean, VA 22102-4856 USA

Phone: 703.770.7900
Fax: 703.770.7901

Theresa A. Roozen (pro hac vice)
**Pillsbury Winthrop Shaw Pittman LLP**
theresa.roozen@pillsburylaw.com
1200 17th St NW,
Washington, DC 20036
Phone: 202.663.8000
Fax: 202.663.8007

***ATTORNEYS FOR DEFENDANT ADT LLC***

By:*/s/ Andy Tindel*

    Andy Tindel (Texas Bar No. 20054500)
MT$^2$ Law Group
122 W. Line Street, Suite 304
Tyler, Texas 75702
(903) 596-0900
atindel@andytindel.com

    David R. Wright (*Lead Attorney*)
(*Admitted Pro Hac Vice*)
Jared J. Braithwaite (*Admitted Pro Hac Vice*)
Michael Manookin (*Admitted Pro Hac Vice*)
Maren Laurence (*Admitted Pro Hac Vice*)
FOLEY & LARDNER LLP
95 South State Street, Suite 2500
Salt Lake City, Utah 84111
(801) 401-8900
drwright@foley.com
jbraithwaite@foley.com
mmanookin@foley.com

    J. Michael Thomas (Texas Bar No. 24066812)
    FOLEY & LARDNER LLP
    2021 McKinney, Suite 1600
    Dallas, Texas 75201
    214-999-3000
    jmthomas@foley.com

***ATTORNEYS FOR DEFENDANT VIVNT, INC.***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on counsel of record via ECF on October 5, 2023.

                              By:    */s/ Adam Tisdall*
                                        Adam Tisdall

| Summary report: Litera Compare for Word 11.2.0.54 Document comparison done on 10/5/2023 3:01:38 PM | |
|---|---|
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** CLEAN Fractus ADT_Vivint PR 4-3 Jnt Claim Construction Statement[1].doc | |
| **Modified filename:** Fractus ADT_Vivint PR 4-3 Jnt Claim Construction Statement (PWSP Edits) (foley edits).doc | |
| **Changes:** | |
| Add | 67 |
| Delete | 3 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 70 |