IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A., § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | **CIVIL ACTION NO.  2:22-CV-00412-JRG** | |
| § | **(LEAD CASE)** | |
| ADT LLC, § | | |
| § | | |
| Defendant. § | | |

| | | |
|---|---|---|
| FRACTUS, S.A., § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | **CIVIL ACTION NO.  2:22-CV-00413-JRG** | |
| § | | |
| VIVINT, INC., § | | |
| § | | |
| Defendant. § | | |

**ORDER**

The Court hereby appoints Mr. Michael Dean Paul as the Court's technical advisor in this case with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. Mr. Paul's contact information is as follows:

Michael D. Paul
Michael D. Paul, PLLC
26110 High Timber Pass St.
San Antonio, TX 78260-8041
Phone: (210) 473-8696
Email: mdeanpaul@gmail.com

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials ("claim construction materials") in PDF form to mdeanpaul@gmail.com. If the document was filed with the Court, the copy must include the CM/ECF header. For claim

construction materials that have already been filed, the filing party is **ORDERED** to provide copies to Mr. Paul within two business days. Otherwise, the filing party is **ORDERED** to provide copies to Mr. Paul no later than one business day after filing future claim construction materials.

**So ORDERED and SIGNED this 1st day of December, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE