IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00412-JRG |
| | § | (Lead Case) |
| ADT LLC, | § | |
| | § | |
| Defendant. | § | |
| FRACTUS, S.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00413-JRG |
| | § | |
| VIVINT, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Plaintiff Fractus, S.A.'s ("Fractus") Unopposed Motion for Leave to File Excess Pages ("the Motion"). (Dkt. No. 83.) In the Motion, Fractus seeks leave to exceed the page limit by one page in its reply to Defendants' claim construction response brief. (*Id.*) Defendants are unopposed to this request. (*Id.*) Having considered the Motion, and noting that it is unopposed, the Court finds that the Motion should be and hereby is **GRANTED**.

**So Ordered this**
**Dec 19, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE