# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **FRACTUS, S.A.,** <br><br> v. <br><br> **ADT LLC d/b/a ADT SECURITY SERVICES** | § § § § § § § § | **Civil Action No. 2:22-cv-00412-JRG** <br> **(Lead Case)** <br><br> Jury Trial Requested |
| **FRACTUS, S.A.,** <br><br> v. <br><br> **VIVINT, INC.** | § § § § § § § § § | **Civil Action No. 2:22-cv-00413-JRG** <br> **(Member Case)** <br><br> Jury Trial Requested |

## NOTICE OF APPEARANCE

Defendant Vivint, Inc. hereby notifies the Court and all parties of record that Brianne M. Straka (IL Bar No. 6300972) of Quinn Emanuel Urquhart & Sullivan, LLP, 191 N. Wacker Dr., Suite 2700, Chicago, IL 60606, Telephone: 312-705-7415, E-mail: briannestraka@quinnemanuel.com, will be appearing as attorney of record on its behalf in the above-styled and numbered cause.

Dated: January 4, 2024             Respectfully submitted,

                                       By:    */s/ Brianne M. Straka* <br>
                                                 Brianne M. Straka

## CERTIFICATE OF SERVICE

       I hereby certify that on January 4, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.


Dated: January 4, 2024                        */s/ Brianne M. Straka*
                                                    Brianne M. Straka