# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:22-CV-00412-JRG-RSP |
| | § | |
| ADT LLC d/b/a ADT SECURITY SERVICES, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Claim Construction Order ("Order") of Magistrate Judge Payne dated February 26, 2024 (Dkt. No. 115). Defendant ADT LLC has filed Objections to the Order (Dkt. No. 123).

After considering the reasoning provided in the Order, the underlying claim construction briefing, and ADT LLC's Objections, the Court agrees with the conclusions reached within the Order and finds ADT LLC's arguments within its Objections unpersuasive. Accordingly, the Court **OVERRULES** ADT LLC's Objections and **ADOPTS** Magistrate Judge Payne's Order.

**So ORDERED and SIGNED this 15th day of March, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE