IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00412-JRG |
| | § | |
| ADT LLC, | § | |
| | § | |
| *Defendant*. | § | |

# ORDER

The Court issues this Order *sua sponte*. On June 19, 2024, Plaintiff Fractus, S.A. ("Plaintiff") filed Plaintiff Fractus's Motion for Leave to Supplement Expert Damages Report of Robert Mills (the "Motion"). (Dkt. No. 212.) In the Motion, Plaintiff requests "leave to supplement the expert report of its damages expert, Mr. Robert Mills, in light of additional discovery produced by Defendant ADT, LLC" ("Defendant"). (*Id*. at 1.) Plaintiff indicates that Defendant opposes the Motion. (*Id*. at 10.)

Under this District's Civil Local Rules, "[a] party opposing a motion has fourteen days . . . from the date the motion was served in which to file a response and any supporting documents, after which the court will consider the submitted motion for decision." CV-7(e). Defendant's opposition to the Motion is therefore currently due July 3, 2024. However, that is one day *after* the pretrial conference, set for July 2, 2024, in the above-captioned case.

Due to this timing issue, the Court finds that expedited briefing is warranted. Accordingly, the Court **ORDERS** that Defendant's response to the Motion (Dkt. No. 212), if any, must be filed no later than **Wednesday, June 26, 2024**.

**So Ordered this**

**Jun 21, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE