IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A. | § § § | |
| | § | CASE NO. 2:22-cv-00412-JRG |
| v. | § § | |
| ADT LLC d/b/a ADT SECURITY SERVICES | § § § | |

## ORDER TO PURCHASE JURY MEALS

In the interest of justice, jurors are ordered to remain together during breaks and meals in the above-referenced case during trial and deliberations. The deputy-in-charge or courtroom deputy is authorized to purchase meals for sequestered eight (8) jurors until a verdict is rendered to this Court.

**So ORDERED and SIGNED this 1st day of July, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE