

2:22-cv-00412-JRG
Fractus SA v ADT LLC d/b/a ADT Security Services
July 2, 2024 at 9:00 AM

## Pretrial Conference

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Max Tribble | Fractus |
| Justin Nelson | " |
| Johnny Ward | " |
| Kelsey Tuohy | " |
| J. Craig Smyser | " |
| Joe Grinstein | " |
| Betty DeRieux | " |
| Tom Gorham | ADT |
| Michael Zeliger | " |
| Ranjini Acharya | " |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| | |