IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FRACTUS, S.A., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO.  2:22-CV-00412-JRG |
| § | |
| ADT LLC, § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff Fractus, S.A. ("Plaintiff") and Defendant ADT LLC ("Defendant" and with Plaintiff, the "Parties"). (Dkt. No. 237.) In the Motion, the Parties represent that "a settlement in principle has been reached that resolves all matters in controversy . . . in the above-entitled and numbered action, but additional time is needed to complete certain prerequisites to dismissal." (*Id*. at 1.) The Parties therefore request the Court to stay all pending deadlines remaining in the case for a period of 30 days. (*Id*.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for thirty (30) days, up to and including August 2, 2024, during which time appropriate dismissal papers are to be filed with the Court.

## So Ordered this

**Jul 4, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE