IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00412-JRG |
| | § | |
| ADT LLC, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Joint Motion to Extend Stay (the "Motion") filed by Plaintiff Fractus, S.A. ("Plaintiff") and Defendant ADT LLC ("Defendant" and with Plaintiff, the "Parties"). (Dkt. No. 245.) In the Motion, the Parties "request an extension of the stay previously entered by the Court as well as an extension of the corresponding deadline for filing dismissal papers." (*Id*. at 1.) According to the Parties, they "have entered into a formal, written settlement agreement," but "the agreement calls for the Defendant to tender a final settlement payment by October 1, 2024." (*Id*.) The Parties therefore request the Court to extend the stay until October 4, 2024. (*Id*.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** up to and including October 4, 2024, during which time appropriate dismissal papers are to be filed with the Court. Barring truly unforeseeable circumstances the Parties should not expect further extensions of this stay.

So ORDERED and SIGNED this 6th day of August, 2024.

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE